Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

MIRACLE MILE PROPERTIES 2, LLC

                Debtor

---------------------------------------------------------------X

Chapter 11
Case No. 23-43874

**AFFIDAVIT PURSUANT TO RULE 1007-4**

STATE OF NEW YORK )
COUNTY OF NASSAU ) ss.;

    Pari Golian, being duly sworn, deposes and says:

1. I am the Authorized Representative of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

2. On October 25, 2023 the debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

3. There are no prior bankruptcy case filings by this Debtor.

4. The Debtor is a Limited Liability Corporation. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934.

5. The filing was precipitated by a threat by PSEG to turn off the electricity at the building which would cause severe hardship to the tenants.

6. There is no pre-petition creditor's committee.

7. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

8. None of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity.

9. The Debtor's assets have been included on the Debtor's Schedule B - Personal Property, filed simultaneously herewith.

10. The Debtor's assets and liabilities have been included on the Debtor's Schedules which are being filed simultaneously herewith.

MIRACLE MILE PROPERTIES 2, LLC

_____
Pari Golian, Authorized Representative

Sworn to before me this
13th day of November, 2023

_____
Notary Public

Katelynne Marie Welch
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WE6444161
Qualified in Nassau County
Commission Expires 11/21/2026